IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARK CONSTRUCTION GROUP, LLC,<br><br>        Plaintiff,<br>v.<br><br>PERKINS EASTMAN DC, PLLC,<br><br>        Defendant. | Case No.: 1:18-cv-00555-ABJ |

## NOTICE OF ATTORNEY WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.2(h) and LCvR 83.6(b), Jennifer A. Mahar, gives Notice to the Court of her withdrawal of appearance as counsel to Plaintiff Clark Construction Group, LLC. Having now made a proper entry of appearance, the following attorneys will continue representation of Clark Construction Group, LLC:

    Howard W. Ashcraft
    Scott E. Hennigh
    Hanson Bridgett LLP
    425 Market Street, 26th Floor
    San Francisco, CA 94105

Consent to withdrawal by:                  Clark Construction Group, LLC

                                                  By: _Joshua Ballance_
                                                          Assistant General Counsel

Respectfully submitted,

Clark Construction Group, LLC

By Counsel


_/s/_____
Jennifer A. Mahar (DC State Bar #457357)
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Tysons Corner, VA 22182
(703) 847-6300
(703) 847-6312 (facsimile)
jmahar@smithpachter.com
*Counsel for Plaintiff Clark Construction Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Attorney Withdrawal of Appearance was electronically filed and served, on this 5th day of June 2018, to:

Jan E. Simonsen
John Peter Glaws, IV
Carr Maloney, P.C.
2020 K Street, NW, Suite 850
Washington, DC  20006
*Counsel for Defendant Perkins Eastman DC, PLLC*

/s/
Jennifer A. Mahar (DC State Bar #47132)
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Tysons Corner, VA 22182
(703) 847-6300
(703) 847-6312 (facsimile)
jmahar@smithpachter.com
*Counsel for Plaintiff Clark Construction Group, LLC*