IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLARK CONSTRUCTION GROUP, LLC. | : | |
| | : | |
| Plaintiff and Counterclaim Defendant, | : : | |
| v. | : | Civil Action No. 1:18-CV-00555-ABJ |
| | : | |
| PERKINS EASTMAN DC, PLLC | : | |
| | : | |
| Defendant and Counterclaim Plaintiff | : : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Clark Construction Group, LLC and Defendant and Counterclaim Plaintiff Perkins Eastman DC, PLLC stipulate to the dismissal of this matter, including both the Complaint and Counterclaim, without prejudice, each party to bear its own respective attorneys' fees, expenses, and costs.

Respectfully Submitted,

PERKINS EASTMAN DC, PLLC
By Counsel

*/s/ J. Peter Glaws, IV*
Jan E. Simonsen
J. Peter Glaws, IV
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
Jan.Simonsen@carrmaloney.com
Peter.Glaws@carrmaloney.com

CLARK CONSTRUCTION GROUP, LLC
By Counsel

*/s/ Howard Ashcraft*
SCOTT E. HENNIGH
HOWARD ASHCRAFT
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
shennigh@hansonbridgett.com
hashcraft@hansonbridgett.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing ***Joint Stipulation of Dismissal*** was electronically filed and served, on this 28th day of February, 2020, to:

Howard W. Ashcraft, Esq.
Scott E. Hennigh
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Hashcraft@hansonbridgett.com
Shennigh@hansonbridgett.com
*Attorneys for Plaintiff*

           */s/ J. Peter Glaws, IV*
           J. Peter Glaws, IV